■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COLIN EDWARDS, Appellant. [813 NYS2d 681]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (D'Emic, J.), rendered January 16, 2004, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The jury determination that the defendant failed to prove by a preponderance of the evidence that he was acting "under the influence of extreme emotional disturbance for which there was a reasonable explanation or excuse" when he stabbed and killed his wife was not against the weight of the evidence (Penal Law § 125.25 [1] [a]; *see* Penal Law § 125.20 [2]; *People v Roche,* 98 NY2d 70, 75-76 [2002]; *People v Casassa,* 49 NY2d 668, 675 [1980], *cert denied* 449 US 842 [1980]; *People v George,* 7 AD3d 810 [2004]).

The defendant's remaining contentions, including those raised in the supplemental pro se brief, are without merit. Miller, J.P., Santucci, Rivera and Lifson, JJ., concur.